[No. 28446-1-I. Division One. December 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERYL LEE CLARKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-01931-2, Larry A. Jordan, J., entered April 25, 1991. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Kennedy, JJ.

[No. 27238-1-I. Division One. December 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE ALLEN WADE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00185-1, Kathryn E. Trumbull, J., entered October 30, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Pekelis, JJ.

[No. 29202-1-I. Division One. December 21, 1992.]

THE STATE OF WASHINGTON, *Appellant*, v. ROGER EDWIN DAVIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02920-9, Carol A. Schapira, J., entered September 11, 1991. *Dismissed* by unpublished per curiam opinion.